FILED'06 MAR 17 10:12USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CLAYTON L. HOWARD,

        Petitioner,

vs.

BRIAN BELLEQUE,

        Respondent.

Civ. No. 05-941-MO

ORDER DISMISSING HABEAS CORPUS PETITION

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 17th day of March, 2006.

_____
The Honorable Michael Mosman
U.S. District Judge (in his absence)

Submitted by:

_____
Thomas J. Hester
Attorney for Petitioner

Lynn David Larsen (by consent)
Attorney for Respondent

CERTIFICATE OF SERVICE